**UNITED STATES of America, Appellee,**

v.

**Brian PEARL, Defendant–Appellant.**

**No. 08–5660–cr.**

United States Court of Appeals, Second Circuit.

April 16, 2010.

Burton T. Ryan, Jr., Assistant United States Attorney, for Benton J. Campbell, United States Attorney for the Eastern District of New York, Central Islip, NY, for Appellee.

David A. Lewis, Assistant Federal Defender, Federal Defenders of New York, Inc., New York, NY, for Appellant.

Present: JOSÉ A. CABRANES, B.D. PARKER and REENA RAGGI, Circuit Judges.

**SUMMARY ORDER**

Defendant Brian Pearl appeals from a November 20, 2008 order of the District Court convicting him, upon his plea of guilty, of violating the conditions of his supervised release, revoking his supervised release, and sentencing him to fourteen months' imprisonment.

In response to an order entered by this Court on February 17, 2010, both parties have filed letter briefs asserting that Pearl was released from prison on October 21, 2009. As Pearl is no longer in prison and is not serving a term of supervised release, his appeal is moot. *See, e.g., Spencer v. Kemna,* 523 U.S. 1, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998).

Accordingly, we dismiss Pearl's appeal as moot.